# SEALED





AO 442 (Rev. 11/11) Arrest Warrant

2020 JAN -7 AM 9:53

U.S. MAGISTRATE JUDGE

BY

# United States District Court
for the
**Western District of New York**

**United States of America**

**v.**

**Patrick Sileo**

*Defendant*

**Case No. 20-mj-5004**

2:20-mj-00002-DJA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Patrick Sileo**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, United States Code, Section 1028(a) (fraud in connection with identification documents).

Date: January 3, 2020

City and State: Buffalo, New York

[signature]
*Issuing officer's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________, at *(city and state)* ____________________________.

Date: ______________

______________________________
*Arresting officer's signature*

______________________________
*Printed name and title*





AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: **Patrick Sileo**

Known aliases:

Last known residence: **4339 West Avenue M10, Lancaster, California**

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: **January 21, 1958**

Social Security number:

Height: Weight:

Sex: **Male** Race:

Hair: **Brown** Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relations, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: HSI Buffalo
250 Delaware Avenue, 8th Floor
Buffalo, New York 14202

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 91 (Rev. 02/09) Criminal Complaint

2020 JAN 7 AM 9:05

U.S. MAGISTRATE JUDGE

# United States District Court

for the
Western District of New York




**United States of America**

**v.**

**Patrick Sileo**

*Defendant*

**Case No. 20-mj-5004**

2:20-mj-00002-DJA

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

**COUNT 1**
**(Fraud in Connection with Identification Documents)**

On or about the date of November 11, 2019, in the County of Erie, in the Western District of New York, the defendant did attempt to commit fraud in connection with identification documents, in violation of Title 18, United States Code, Section 1028(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

CHARLES TOLIAS
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATION
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 3, 2020

*Judge's signature*

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

I, **CHARLES S. TOLIAS**, having been first duly sworn, do hereby depose and state as follows:

1. I am employed as a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been employed in that capacity since December 2008. I am currently assigned to HSI, Buffalo, New York. Before that time, I was employed as a Customs and Border Protection Enforcement Officer for approximately six years. As a Special Agent, I am a federal law enforcement officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses in violation of the United States Code. I investigate, among other things, illegal narcotics trafficking and cyber-crimes, and am currently assigned to a dark web investigations group with a primary focus on illegal activity occurring on dark web marketplaces.

2. I am currently assigned to the investigation of a crime of fraud perpetrated by Patrick SILEO.

3. This affidavit is submitted in support of an application for a criminal complaint charging SILEO with attempted Fraud and related activity in connection with identification documents, authentication features, in violation of 18 U.S.C. § 1028. As described below, I have set forth facts that I believe are necessary to establish probable cause to believe that SILEO did knowingly attempt to violate Title 18, United States Code, Section 1028(a), (fraud in connection with identification documents).

4. The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation; and on information conveyed to me by other law enforcement officers, either personally or through their reports. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and corresponding arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that SILEO has committed violations of 18 U.S.C. § 1028 (fraud in connection with identification documents) in the Western District of New York and elsewhere.

**Facts Supporting Probable Cause**

5. Website #1 [1] is a hidden service website that is a publicly accessible marketplace and forum. A username and password are required to access the marketplace and forum for website #1, but the registration process is open to the public. The marketplace

1 The actual name of Website #1 is known to law enforcement. The site remains active and disclosure of the name of the site would potentially alert users to the fact that law enforcement action is being taken against the site, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of ongoing investigations, specific names and other identifying factors have been replaced with generic terms.

for Website #1 contains numerous subsections advertising the sale of various illegal products, including fraudulent identity documents, drugs, and counterfeit goods, among other illicit items.

6. On November 11, 2019, an individual utilizing the email address tony.traveller@protonmail.com contacted an HSI undercover agent (UCA) located in Buffalo, New York via the internet to inquire about purchasing a fraudulent passport. The subject stated that he found the UCA's email address via Website #1, where the UCA poses as a seller/online vendor of fraudulent documents. The subject stated that he was a U.S. citizen currently located in the United States who had returned from Southeast Asia "some" months ago. The subject further stated he was in possession of a United States passport that would be expiring in one week but that it was blocked by the Internal Revenue Service from being renewed.

7. On November 12, 2019, tony.traveller@protonmail.com told the UCA that the fraudulent document would be shipped to the United States and that he would use it to travel to Southeast Asia, and not for any additional travel. He further stated that it would be his primary identity document and asked for clarification on the process of purchasing the document via Website #1. The UCA explained that the process to purchase the document would work as follows: tony.traveller@protonmail.com would initiate the purchase utilizing Website #1, to where he would submit the full monetary amount, which would remain in escrow. Tony.traveller@protonmail.com would then send the UCA biographical information, a facial photograph, and signature he wanted placed on the fraudulent passport. The UCA would in turn create a document utilizing the information provided and send a

photograph of the completed document via email to tony.traveller@protonmail.com. The document would then be sent to a delivery address provided by tony.traveller@protonmail.com. Once the document was received, the funds would be released from escrow to the UCA by tony.traveller@protonmail.com.

8. On November 15, 2019, tony.traveller@protonmail.com responded in asking if United States entry stamps (and possibly other travel stamps) could be added if a United Kingdom passport was purchased. The subject subsequently thanked the UCA and said that he was in the process of setting up an account on Website #1, as well as gathering "BC" (bitcoin) for the purchase of the document.

9. On November 23, 2019, tony.traveller@protonmail.com ordered a United Kingdom passport with the UCA via Website #1 and placing $3,585.00 in escrow on the website for the purchase of the document. The subject (utilizing email address rocket666man@protonmail.com) provided the UCA with a copy of a facial photograph, as well as the following information to be placed on the passport:

Surname: SILEO

First and Middle Name: Patrick William

Date of Birth: January 21, 1958

Place of Birth: Santa Monica, California, USA

10. On December 6, 2019, the UCA was contacted via Website #1 by the subject (utilizing moniker "Artos666"), telling the UCA that he had extended the escrow period as it was going to close out shortly. The subject further stated that he changed his email address the day before and that he could now be contacted via artos666@protonmail.com.

11. On December 6, 2019, artos666@protonmail.com provided the UCA with the following address for the completed document to be delivered to:

P SILEO

6130 W. Flamingo Rd. #375

Las Vegas, NV 89103

Information provided by the United States Postal Inspection Service revealed that the address belongs to a private mailbox facility, Postal Annex. Information further revealed that the above mailbox was rented by SILEO on September 30, 2019. SILEO provided Postal Annex with a copy of his United States Passport and California Identification card, as well as the following information, when applying to rent the mailbox:

Applicant Name: Patrick SILEO

Applicant Home Address: 4339 West Avenue M10, Lancaster, CA

Telephone #: (661) 855-0309

Passport #: 464364733

California ID #: Y7890166

12. System checks on the biographical information provided by the subject to the UCA to be placed on the passport revealed that the information is a match to both SILEO the information SILEO provided to Postal Annex.

13. As detailed in paragraph #6, the subject told the UCA that he had returned from Southeast Asia "some" months ago and that his United States Passport would be expiring in one week. A review of SILEO's travel records shows that he arrived at Los Angeles International airport on May 27, 2019, via Air China flight # 769 from Shenzhen, China. Records checks further show that SILEO's United States passport expired on November 12, 2019, one day after initial contact with the UCA.

14. The above information corresponds with communications between the UCA and the subject utilizing various encrypted email addresses (tony.traveller@protonmail.com, rocket666man@protonmail.com, and artos666@protonmail.com). It is Your affiant's belief that SILEO utilized the various encrypted email addresses to disguise his true identity in arranging for the purchase and delivery of the fraudulent United Kingdom passport purchased on Website #1.

15. Based on all of the foregoing facts, I submit that there is probable cause to believe that SILEO attempted to violate Title 18, United States Code, Section 1028(a), and thus, to support the issuance of a Criminal Complaint and arrest warrant.

## REQUEST FOR SEALING

16. It is further requested that this complaint and accompanying affidavit be sealed until further order of the Court. These materials discuss an ongoing criminal investigation. The public disclosure of this complaint and the accompanying affidavit could result in the flight of the defendant, who is currently not in custody, or otherwise jeopardize the investigation if the defendant becomes aware of the existence of these materials prior to the effectuation of his arrest.

CHARLES S. TOLIAS
Special Agent
Homeland Security Investigations

Sworn to before me this

This 3rd day of January, 2020.

The Honorable Michael J. Roemer
United States Magistrate Judge